IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

REO L. COVINGTON,

    Plaintiff,

v.

SERGEANT STEINERT, MARIE SVEC,
PAUL LUDVIGSON, WILLIAM J.
POLLARD, N. KAMPHUIS and
C. PEMBROSE,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-379-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Reo L. Covington leave to proceed and dismissing his claims against Paul Ludvigson, William J. Pollard, N. Kamphuis and C. Pembrose; and

(2) granting summary judgment in favor of Sergeant Steinert and Marie Svec and dismissing this case.

/s/                                                        2/16/2016

Peter Oppeneer, Clerk of Court                 Date