Case No. 13-CV-379

I intend to appeal the decision and order entered on 2-16-16. My grounds for appeal are that the defendants actions were out of sync with their policy and procedures, And they should be accountable.

I will never allow the microchip they placed in my shoulder prevail.

Notice is hereby given.

3-20-2016

Reo J. Covington

REC'D/FILED
2016 APR -6 AM 12:12
PETER OPPENEER
CLERK US DISTRICT COURT